IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 01-30043-01/USM No. 28243-177 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LAWRENCE BERNARD HALL | MAG. JUDGE KAREN L. HAYES |

## ORDER

Pursuant to 18 U.S.C. § 3582(c)(2), which provides for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission under 28 U.S.C. § 994(u), the Court has considered whether Defendant's sentence of imprisonment should be reduced because of the recent amendments to the United States Sentencing Guidelines for crack cocaine. Defendant in this matter was previously sentenced to a statutory minimum of 120 months. Therefore, in a February 15, 2008 Order, the Court indicated that it did not intend to reduce Defendant's sentence of imprisonment. Defendant was ordered to file any objections no later than February 28, 2008. Having received no objections as of this time,

IT IS ORDERED that Defendant shall serve the 120-month term of imprisonment previously imposed.

MONROE, LOUISIANA, this 7th day of April, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE